UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

AGO E. KOLENOVIC and
ELVIRA KOLENOVIC,

                Plaintiffs,

-against-

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,

                Defendant.

------------------------------------ x

ORDER

21 Civ. 1203 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on June 23, 2021 at 9:30 a.m. is hereby cancelled. The Clerk of Court is directed to close the letter motion at ECF No. 23.

Dated: June 22, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE