UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AGO E. KOLENOVIC and
ELVIRA KOLENOVIC,

                Plaintiffs,

-against-

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

21 Civ. 1203 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 3 2021

GEORGE B. DANIELS, District Judge:

The status conference is adjourned from August 4, 2021 to October 6, 2021 at 9:45 a.m.

Dated: August 3, 2021
New York, New York

SO ORDERED.

*Signature*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE