## LAW OFFICE OF CRAIG A. BLUMBERG

FIFTEEN MAIDEN LANE
20TH FLOOR
NEW YORK, NEW YORK 10038-4003

TELEPHONE (212) 346-0808
TELECOPIER (212) 346-0777

LONG ISLAND OFFICE
393 JERICHO TURNPIKE
2<sup>ID</sup> FLOOR
MINEOLA, NEW YORK 11501

October 5, 2021

SO ORDERED:

*George B Daniel*

George B. Daniels U.S.D.J.

Dated: OCT 05 2021

**Via Electronic Court Filing**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Kolenovic v. Metropolitan Property and Casualty
       Our File No. 2795.01
       Docket No. 1:21-cv-01203 (GBD)

Dear Judge Daniels:

We represent the plaintiff in the above entitled matter. This letter is written as a joint application to cancel the October 6, 2021, Status Conference from the calendar. The parties do not presently have any discovery issues to be raised.

Thank you for your assistance in this matter.

Respectfully,

LAW OFFICE OF CRAIG A. BLUMBERG

By: _____
       Craig A. Blumberg (CB 7166)

cc:  **Via Email** jjimeri@mdwcg.com
      Marshall Dennehey Warner Coleman & Goggin
      88 Pine Street, 21st Floor
      New York, NY 10005
      Attn:   Jeffrey J. Imeri, Esq.